DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERRI A. SCHOLZ** and **DANIEL R. SCHOLZ,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF
THE RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A13,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-M
UNDER THE POOLING AND SERVICING AGREEMENT DATED
OCTOBER 1, 2006,**
Appellee.

No. 4D15-175

[April 27, 2016]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack S. Cox, Judge; L.T. Case No. 2013CA003376XXXXMB.

Sherri A. Scholz and Daniel R. Scholz, Boynton Beach, pro se.

Diana B. Matson and Joshua R. Levine of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Ortiz v. PNC Bank, Nat'l Ass'n.*, No. 4D15-242 (Fla. 4th DCA Mar. 30, 2016).

CIKLIN, C.J., TAYLOR, and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***